IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS LLC, et al., | : | Bankruptcy Case No, 18-10601 (MFW) |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| WEDIL DAVID, DOMINIQUE HUETT, ALEXANDRA CANOSA and AIMEE MCBAIN, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | C. A. No. 21-171-MN |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, et al. and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | : | |
| | : | |
| Appellees. | : | |

## RECOMMENDATION

At Wilmington this **1st** day of **March, 2021**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the

expense of the process.

Although one party has some interest in mediation, the other does not believe that mediation would lead to a consensual resolution of this matter.

As a result, the parties, without waiving any rights or arguments, requested this appeal be removed from mandatory mediation. They further propose the following briefing schedule be entered:

| | |
|---|---|
| Appellants' Opening Brief | April 12, 2021 |
| Appellees' Response | May 26, 2021 |
| Appellants' Reply | June 25, 2021 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. No objections are anticipated to this Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge