IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:  THE WEINSTEIN COMPANY HOLDINGS, LLC, et al. | ) ) ) | Chapter 11 |
| | | Case No. 18-10601 (MFW) |
| Debtors. | ) ) | |
| | ) | |
| WEDIL DAVID, DOMINIQUE HUETT, ALEXANDRA CANOSA and AIMEE MCBAIN, | ) ) ) ) | |
| | ) | C.A. No. 21-171 (MN) |
| Appellants, | ) ) | |
| v. | ) ) | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, et al. and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) ) ) ) | |
| | ) | |
| Appellees. | ) | |

## ORDER

At Wilmington, this 2nd day of March 2021,

WHEREAS, on March 1, 2021, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 12) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' request (D.I. 12 at 2); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 12 at 2):

Appellants' Opening Brief – April 12, 2021

Appellees' Answering Brief –May 26, 2021

Appellants' Reply Brief –June 25, 2021.

The Honorable Maryellen Noreika
United States District Court