IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEDIL DAVID, DOMINIQUE HUETT, ALEXANDRIA CANOSA AND AIMEE MCBAIN, <br><br>              Appellants, <br><br>    v. <br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.* and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <br><br>              Appellees. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 21-171 (MN) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

At Wilmington this 16th day of March 2021:

For the reasons set forth in the Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that the Emergency Stay Motion (D.I. 4) is DENIED.

_____
The Honorable Maryellen Noreika
United States District Judge