IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br><br>                      Debtors. | Chapter 11<br><br>Bankr. Case No. 18-10601 (MFW) |
| WEDIL DAVID, DOMINQUE HUETT, ALEXANDRA CANOSA AND AIMEE MCBAIN,<br><br>                      Appellants,<br><br>v.<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.* and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>                      Appellees. | Civ. Case No. 21-00171 (MN) |

**NOTICE OF APPEAL TO THE**
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**PLEASE TAKE NOTICE** that Wedil David, Dominque Huett, Alexandra Canosa and Aimee McBain (collectively, "Appellants"), by and through their undersigned counsel, pursuant to 28 U.S.C. § 158 and Rule 6(b) of the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order [District Court Dkt No. 17; entered 3/16/2021] (the "Order") of the United States District Court for the District of Delaware (Hon. Maryellen Noreika) denying the *Emergency Motion by Non-Consenting Sexual Misconduct Claimants for Stay Pending Appeal of Confirmation Order*. A copy of the Order and the accompanying Memorandum Opinion are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

{00030458. }

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

|    | **PARTY** | **ATTORNEYS** |
|----|-----------|---------------|
| 1. | Wedil David, Dominque Huett, Alexandra Canosa and Aimee McBain<br><br>*Appellants* | **THE ROSNER LAW GROUP LLC**<br>Frederick B. Rosner<br>Zhao (Ruby) Liu<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-1111<br><br>**WIGDOR LLP**<br>Douglas H. Wigdor, Esquire.<br>Bryan L. Arbeit, Esquire<br>85 Fifth Ave, Fl. 5<br>New York, NY 10003<br>Phone: (212) 257-6800<br><br>- and -<br><br>**THE LAW OFFICE OF KEVIN MINTZER, P.C.**<br>Kevin Mintzer, Esquire<br>1350 Broadway, Suite 2220<br>New York, New York 10018<br>Phone: (646) 843-8180<br><br>- and -<br><br>**RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP**<br>Thomas P. Giuffra, Esquire<br>551 5th Avenue, 29th Floor<br>New York, NY 10176<br>Phone: (212) 684-1880 |
| 2. | Debtors<br><br>*Appellees* | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Russell C. Silberglied (No. 3462)<br>Paul N. Heath (No. 3704) |

|  |  |  |
|---|---|---|
|  |  | Zachary I. Shapiro (No. 5103)<br>Brett M. Haywood (No. 6166)<br>David T. Queroli (No. 6318)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>- and -<br><br>**CRAVATH, SWAINE & MOORE LLP**<br>Paul H. Zumbro (admitted pro hac vice)<br>Lauren A. Moskowitz (admitted pro hac vice)<br>Salah M. Hawkins (admitted pro hac vice)<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700 |
| 3. | Official Committee of Unsecured Creditors and Dean A. Ziehl, the Liquidation Trustee of the TWC Liquidation Trust<br><br>*Appellees* | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>James I. Stang (CA Bar No. 94435)<br>Robert J. Feinstein (NY Bar No. 1767805)<br>Debra I. Grassgreen (CA Bar No. 169978)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100 |

| | |
|---|---|
| Dated: March 26, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>**THE ROSNER LAW GROUP LLC**<br><br>*/s/ Frederick B. Rosner*<br>Frederick B. Rosner (DE # 3995)<br>Zhao (Ruby) Liu (DE# 6436)<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Tel.: (302) 777-1111<br>Email: rosner@teamrosner.com<br>liu@teamrosner.com<br><br>- and -<br><br>**WIGDOR LLP**<br>Douglas H. Wigdor, Esquire.<br>Bryan L. Arbeit, Esquire<br>85 Fifth Ave, Fl. 5<br>New York, NY 10003<br>Phone: (212) 257-6800<br>Email: dwigdor@wigdorlaw.com<br>barbeit@wigdorlaw.com<br><br>- and -<br><br>**THE LAW OFFICE OF KEVIN MINTZER, P.C.**<br>Kevin Mintzer, Esquire<br>1350 Broadway, Suite 2220<br>New York, New York 10018<br>Phone: (646) 843-8180<br>Email: km@mintzerfirm.com<br><br>- and -<br><br>**RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP**<br>Thomas P. Giuffra, Esquire<br>551 5th Avenue, 29th Floor<br>New York, NY 10176<br>Phone: (212) 684-1880<br>Email: tgiuffra@rheingoldlaw.com<br><br>*Counsel for Appellants* |