# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | Bankr. Case No. 18-10601 (MFW) |
| Debtors. | |
| WEDIL DAVID, DOMINQUE HUETT, ALEXANDRA CANOSA AND AIMEE MCBAIN, | Civ. Case No. 21-00171 (MN) |
| Appellants, | |
| v. | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.* and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Appellees. | |

## CERTIFICATE OF COMPLIANCE WITH
## TYPEFACE REQUIREMENT AND TYPE-VOLUME LIMITS

1.  This brief complies with the typeface requirement of Federal Rule of Bankruptcy Procedure 8015(a)(7)(B) because it has been prepared in Times New Roman 12-point typeface using Microsoft Office 2016's Microsoft Word.

2.  This brief complies with the type-volume limitation of Rule 8015(a)(7)(B)(iii) because it contains 10,151[1] words, which were counted by Microsoft Office 2016's Microsoft Word, excluding the parts of the brief exempted by the Rule.

---

[1] Word limit: 13,000

| | |
|---|---|
| Dated: April 12, 2021 | Respectfully Submitted,<br><br>**THE ROSNER LAW GROUP LLC**<br><br>*/s/ Frederick B. Rosner*<br>Frederick B. Rosner (DE 3995)<br>Zhao (Ruby) Liu (DE 6436)<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 777-1111<br>rosner@teamrosner.com<br>liu@teamrosner.com<br><br>*Counsel to Appellants* |