# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1598

In re: Weinstein Company Holdings LLC, et al

(U.S. District Court No.: 1-21-cv-00171)

**ORDER**

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 27, 2021
CJG/cc:   John A. Cerino
          Mark D. Collins, Esq.
          Thomas P. Giuffra, Esq.
          Salah M. Hawkins, Esq.
          Brett M. Haywood, Esq.
          Paul Heath, Esq.
          Zhao Liu, Esq.
          Kevin T. Mintzer, Esq.
          David T. Queroli, Esq.
          Colin R. Robinson, Esq.
          Frederick B. Rosner, Esq.
          Zachary I. Shapiro, Esq.
          Russell C. Silberglied, Esq.
          Douglas H. Wigdor, Esq.
          Paul H. Zumbro, Esq.

A True Copy:

Patricia A. Dodszuweit

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate