# CERTIFICATE OF COMPLIANCE PURSUANT TO FEDERAL RULE OF BANRUPTCY PROCEDURE 8015(h)

The undersigned certifies that the *Motion to Dismiss Appeal* filed by Dean A. Ziehl, the Liquidation Trustee of the TWC Liquidation Trust (the "Liquidation Trust" or "Appellee"), formed pursuant to the confirmed and effective *Fifth Amended Joint Chapter 11 Plan of Liquidation, dated January 20, 2021* [Bankr. D.I. 3195] (the "Plan"), as successor-in-interest to, and representative of, The Weinstein Company Holdings, LLC and its affiliated debtors (collectively, the "Debtors") does not exceed 5,200 words in accordance with Federal Rule of Bankruptcy Procedure 8013(f)(3)(A).

Dated:  May 14, 2021         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)
Counsel for Appellee/Liquidation Trustee

DOCS_DE:234406.1 92767/001