IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br><br>                     Debtors.<br>WEDIL DAVID, DOMINQUE HUETT, ALEXANDRA CANOSA AND AIMEE MCBAIN,<br>                     Appellants,<br>v.<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, et al. and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>                     Appellees. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br>Jointly Administered<br><br><br>Civ. Case No. 21-00171 (MN) |

**STIPULATION SETTING BRIEFING SCHEDULE ON (I) REMAINING APPEAL BRIEFS AND (II) MOTION TO DISMISS APPEAL**

**WHEREAS**, on March 2, 2021, the Court entered the *Order* adopting Chief Magistrate Mary Pat Thynge's recommendation that this matter be withdrawn from the mandatory referral for mediation and set the briefing schedule adopted by the parties [D.I. 13].

**WHEREAS**, On April 12, 2021, the Appellants filed their *Opening Brief by Appellants in Support of Appeal from Confirmation Order* [D.I. 20] (the "Opening Brief").

**WHEREAS**, Appellees' response to the Opening Brief is currently due on May 26, 2021 and Appellants' reply brief is due on June 25, 2021.

**WHEREAS**, on May 14, 2021, the Appellees filed their *Motion to Dismiss Appeal* [D.I. 22] ("Motion to Dismiss").

**WHEREAS**, the Appellants and Appellees, subject to Court approval, have agreed to modify the remaining briefing schedule on the Appeal and extend the deadlines to respond to the Motion to Dismiss.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties as follows in this stipulation (the "Stipulation"):

1. The Appellants' deadline to respond to the Motion to Dismiss shall be June 18, 2021.

2. The Appellees' deadline to file their reply in support of the Motion to Dismiss shall be July 16, 2021.

3. The Appellees' deadline to file the response ("Response Brief") to the Opening Brief is extended until July 23, 2021 or, in the alternative, should the Court require completion of briefing on the Appeal to coincide with the Motion to Dismiss briefing schedule, June 18, 2021.

4. The Appellants' deadline to reply to the Response Brief is extended until August 20, 2021 or, in the alternative, should the Court require completion of briefing on the Appeal to coincide with the Motion to Dismiss briefing schedule, July 16, 2021.

5. This Stipulation is without prejudice to the rights of the parties to seek further extensions of the deadlines set forth herein, either by stipulation or motion.

6. Each party represents and warrants to the other party that it is authorized to execute this Stipulation, that it has full power and authority to enter into this Stipulation and effectuate the matters provided hereunder, and that this Stipulation is binding in accordance with its terms.

7. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by electronic (e-mail) transmission, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copy signed by the parties hereto to be charged.

8. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.

| | |
|---|---|
| **THE ROSNER LAW GROUP LLC** | **PACHULSKI STANG ZIEHL & JONES LLP** |
| */s/ Zhao Liu* | */s/ Colin R. Robinson* |
| Frederick B. Rosner (DE # 3995) | Robert J. Feinstein (*pro hace vice*) |
| Zhao (Ruby) Liu (DE# 6436) | Debra I. Grassgreen (*pro hace vice*) |
| 824 N. Market Street, Suite 810 | Jason H. Rosell (*pro hace vice*) |
| Wilmington, Delaware 19801 | Colin R. Robinson (DE Bar No. 5524) |
| Tel.: (302) 777-1111 | 919 North Market Street, 17th Floor |
| Email: rosner@teamrosner.com | P.O. Box 8705 |
| liu@teamrosner.com | Wilmington, DE 19899 (Courier 19801) |
| | Telephone: 302-652-4100 |
| - and - | |
| | *Counsel for the Liquidation Trustee* |
| **WIGDOR LLP** | |
| Douglas H. Wigdor, Esquire. | |
| Bryan L. Arbeit, Esquire | |
| 85 Fifth Ave, Fl. 5 | |
| New York, NY 10003 | |
| Phone: (212) 257-6800 | |
| Email: dwigdor@wigdorlaw.com | |
| barbeit@wigdorlaw.com | |

- and -

**THE LAW OFFICE OF KEVIN MINTZER, P.C.**
Kevin Mintzer, Esquire
1350 Broadway, Suite 2220
New York, New York 10018
Phone: (646) 843-8180
Email: km@mintzerfirm.com

- and -

**RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP**
Thomas P. Giuffra, Esquire
551 5th Avenue, 29th Floor
New York, NY 10176
Phone: (212) 684-1880
Email: tgiuffra@rheingoldlaw.com

*Counsel for Appellants*

4

**IT IS SO ORDERED**, this _____ day of _____, 2021

                                    _____
                                    Honorable Maryellen Noreika
                                    United States District Court Judge

DOCS_DE:234487.2 92767/001